**2013-1804. Birdsall v. Miller.**
In Habeas Corpus. This cause came on for further consideration upon the filing of petitioner's requests for findings of fact/conclusions of law. It is ordered by the court that the requests are denied. The habeas petition was dismissed because petitioner was on parole, and parole constitutes detention for purposes of escape under R.C. 2921.34. *See State v. Thompson,* 102 Ohio St.3d 287, 2004-Ohio-2946, 809 N.E.2d 1134.

**2014-0104. State v. Brown.**
Wood App. No. WD–12–070, 2013-Ohio-5351. This cause is pending before the court as an appeal from the Court of Appeals for Wood County.

Upon consideration of the joint motion of appellant and amicus curiae Ohio Attorney General Michael DeWine for divided argument time scheduled on Tuesday, February 3, 2015, it is ordered by the court that the motion is granted and amicus curiae Ohio Attorney General Michael DeWine shall share the time allotted to appellant.

**2014-1633. In re Comm. Rev. of Ohio Adm.Code Chapter 4901:1–10 regarding Elec. Cos.**
Public Utilities Commission, No. 12–2050–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

It is ordered by the court, sua sponte, that the stay of the briefing schedule is hereby extended. The parties shall notify the court within 60 days from the date of this entry of the status and whether the stay may be lifted.

**2015-0144. State ex rel. Mann v. Delaware Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion to expedite, it is ordered by the court that the motion is granted and that this case shall proceed as an expedited election case pursuant to S.Ct.Prac.R. 12.08.

It is further ordered by the court that the following briefing schedule is set for presentation of evidence and filing of briefs:

Respondents shall file an answer to the complaint and a response to the motion for other writ or interim relief no later than February 5, 2015; relators shall file their evidence and brief no later than February 9, 2015; respondents shall file their evidence and brief no later than February 12, 2015; and relators may file a reply brief no later than February 17, 2015.

It is further ordered that pursuant to S.Ct.Prac.R. 12.08(C), service of all documents in this case shall be served on the date of filing by personal service, facsimile transmission, or e-mail.

**2014-0948. 925 Keynote Circle Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–945. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.